# United States Court of Appeals for the Fifth Circuit

---

No. 26-30085
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

August 6, 2026

Lyle W. Cayce
Clerk

Nicholas Queen,

*Plaintiff—Appellant*,

*versus*

United States of America,

*Defendant—Appellee*.

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 1:19-CV-1576

---

Before Davis, Richman, and Oldham, *Circuit Judges*.

Per Curiam:[*]

Nicholas Queen, former federal prisoner # 29623-037, filed a pro se civil action, alleging that he was the victim of excessive force during his imprisonment and that he suffered resulting injuries. *See Queen v. United States*, 99 F.4th 750, 751 (5th Cir. 2024). In his instant appeal, Queen challenges an order that has been vacated. Because the district court explicitly vacated the order from which Queen has appealed, this appeal does

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 26-30085

not present a live controversy and is moot. *See Rocky v. King*, 900 F.2d 864, 867 (5th Cir. 1990).

DISMISSED AS MOOT.